IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00745-RPM

LORI LEE FREY and
PAULA SUZANNE ANDERSON, individually, and as next friend to minor child,
MELANIE MARIA ANDERSON-FREY,

    Plaintiffs,
v.

WALMART STORES, INC.,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation to Dismiss with Prejudice [14] filed July 11, 2012, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys fees and costs.

DATED:   July 12th, 2012

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge